

ORIGINAL

FILED

01/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0675

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0675

IN RE THE MARRIAGE OF:

JENNIFER BAILEY, n/k/a JENNIFER BANZET,

Petitioner and Appellee,

v.

BRIAN BAILEY,

Respondent and Appellant.

FILED

JAN 1 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Through counsel, Jennifer Banzet (Jennifer) moves this Court for dismissal of this appeal because it is premature. Self-represented Appellee Brian Bailey (Brian) responds in opposition.

Jennifer explains that Brian appeals the Flathead County District Court's October 21, 2022 Order regarding his motions. She puts forth that the District Court denied his motion for a contested hearing; granted his ex parte motion in part to recalculate child support and to modify the Child and Medical Support Agreement; and denied the remainder of the Ex Parte Motion. Jennifer provides that she sought attorney's fees, as outlined in a 2019 Settlement Agreement, because she prevailed on the issue regarding ownership of an insurance company. She further provides that the court has granted her Motion for Attorney's Fees and set a deadline for her counsel to file the accompanying affidavit. She states that, pursuant to M. R. App. P. 4(1), his appeal is premature and cannot "undercut the District Court's consideration of Jennifer's Motion for Attorney's Fees by filing a Notice of Appeal the same day as her motion."

Brian contends that he timely filed a notice of appeal with this Court. He states that he cannot afford any further delay with this appeal.

This Court understands Brian's arguments; however, there is not a final judgment from the District Court for this Court to review. This Court recently revised the rules about

when to appeal a final judgment where attorney's fees must be considered. M. R. App. P. 4(1)(a) states:

> A final judgment conclusively determines the rights of the parties and settles all claims in controversy in an action or proceeding, including any necessary determination of the amount of costs and attorney fees awarded or sanction imposed.

We conclude that Brian's appeal is premature. Brian, however, may seek an appeal again after the District Court has issued a final judgment assessing attorney's fees and costs. Therefore,

IT IS ORDERED that Jennifer's Motion to Dismiss Appeal is GRANTED and this appeal is DISMISSED without prejudice.

The Clerk is directed to provide this Order to: the Honorable Amy Eddy, District Court Judge; Peg L. Allison, Clerk of District Court, Flathead County, under Cause No. DR-15-136(A); counsel of record; and Brian Bailey personally.

DATED this 17th day of January, 2023.

_____

_____

_____

_____

_____
Justices